ORIGINAL

FILED
U.S. DISTRICT COURT

2008 DEC 17 A 10 34

CLERK _S McCarthy_

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARREN MITCHELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV 308-044 |
| BILLY BROWN, Warden, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for injunctive relief (doc. no. 13) is **DENIED**.

SO ORDERED this 15th day of December, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE